ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TRAVIS LARIMER,<br><br>            Petitioner,<br><br>   v.<br><br>JAMES A. YATES, WARDEN,<br><br>            Respondent. | Case No. CV 07-02569 VAP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 9, 2008

_Virginia A. Phillips_
VIRGINIA A. PHILLIPS
UNTED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 10 2008
CENTRAL DIST...
BY _____